UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, <br><br> Petitioner, <br><br> v. <br><br> RENTON POLICE DEPARTMENT, *et al*. <br><br> Respondents. | Case No. C12-1172-RAJ <br><br> ORDER TERMINATING ACTION |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The instant action is terminated for failure to prosecute and petitioner's application for leave to proceed *in forma pauperis* (Dkt. No. 5) is STRICKEN as moot.

//

//

ORDER TERMINATING ACTION
PAGE - 1

(3)	The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 17th day of December, 2012.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING ACTION
PAGE - 2