UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY LEE DICKERSON,

                  Petitioner,

v.

RENTON POLICE DEPARTMENT, *et al*.

                  Respondents.

Case No. C12-1172-RAJ

ORDER TERMINATING ACTION

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The instant action is terminated for failure to prosecute and petitioner's application for leave to proceed *in forma pauperis* (Dkt. No. 5) is STRICKEN as moot.

//

//

ORDER TERMINATING ACTION
PAGE - 1

  (3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

  DATED this 17th day of December, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING ACTION
PAGE - 2